Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Jacksonville Division

|  |  |
|---|---|
| Camille A Abboud  *Plaintiff(s)* (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) -v- St. Johns County - Sheriff Robert A. Hardwick - FL State Attorney Ralph J. Larizza - DCF Commissioner Shevaun Harris - Cicruit Judge Joan Anthony - County Judge Alexander R. Christine, Jr.  *Defendant(s)* (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 3:22-cv-1204-MMH-MCR  *(to be filled in by the Clerk's Office)*  Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Camille A Abboud |
| Address | 13934 Village Lake Circle - Holiday Inn Express - Suite 411 |
| City | Jacksonville |
| State | FL |
| Zip Code | 32258 |
| County | Duval |
| Telephone Number | 720.480.0090 |
| E-Mail Address | camilleabboud2013@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Robert A. Hardwick |
| Job or Title (if known) | St. Johns County Sheriff |
| Address | 4015 Lewis Speedway |
| City | St. Augustine |
| State | FL |
| Zip Code | 32084 |
| County | St. Johns |
| Telephone Number | 904.824.8304 |
| E-Mail Address (if known) | |

☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Ralph J. Larizza |
| Job or Title (if known) | Florida State Attorney |
| Address | 4010 Lewis Speedway |
| City | St. Augustine |
| State | FL |
| Zip Code | 32084 |
| County | St. Johns |
| Telephone Number | 904.209.1620 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

**Defendant No. 3**
Name: Joan Anthony & Alexander R. Christine, Jr.
Job or Title *(if known)*: Circuit & County Judges
Address: 4010 Lewis Speedway
St. Augustine, FL, 32084
City / State / Zip Code
County: St. Johns
Telephone Number: 904.827.5603 & 904.827.5613
E-Mail Address *(if known)*:

☐ Individual capacity   ☒ Official capacity

**Defendant No. 4**
Name: Shevaun Harris
Job or Title *(if known)*: FL DCF Commissioner
Address: 200 San Sebastian View
St. Augustine, FL, 32084
City / State / Zip Code
County: St. Johns
Telephone Number: 866.762.2237
E-Mail Address *(if known)*: shevaun.harris@myflfamilies.com

☐ Individual capacity   ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   Violations of my 1st, 2nd, 4th, 5th, 6th, 8th, 9th, & 14th Amendments of the US Constitution
   Violations of my Civil & Parental Rights & Responsibilities Act of 1995, & S. 984
   Violations of the Child Abuse Prevention & Treatment Act (CAPTA) of 1974 & 2010
   Violations of the Americans with Disability Act of 1990
   Violations of the Elder Justice Act 2010
   Violations of Title 18, U.S.C., Sections 241 & 242
   Violations of Title 42, U.S.C., Section 1983
   Violations of Title VI, Civil Rights Act of 1964
   Violations of the Atomic Energy Act of 1954
   Violations of the Energy Reorganization Act of 1978

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

   N/A

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

   All defendants conspired to interfere with Federally protected rights, depriving rights under color of law, or using, or conspiring to use force, or threat of force, and the law to interfere with the free exercise of my civil & constitutional rights.
   Violations of the Florida Civil Rights Act of 1992 - No Miranda, No Counsel, False Arrest & Imprisonment, Excessive Bail, Malicious Prosecution, Failure to Protect Disabled Elder, Verbal & Physical Abuse of a Prisoner.
   All defendants, using their offical status, conspired to violate various Florida Statues - Title VI, VII, XL, XLIII, XLIV, XLV, XLVI, XLVII, XLVIII, XLIX, XXIII, XXX, XXXVII.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

   St. Johns County

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

           August 30, 2021 around 5 PM

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached!

I am a 61 year old disabled and a Cancer survivor male with nuclear security clearance, 5 college degrees, 3 of which are Masters' degrees and 7 National Certifications. On August 30, 2021, I was assaulted in my kitchen by Iryna R. Abboud with intent to harm and kill (premeditated) for asking for a divorce and falsely accused of dometic violence on a 911 recording. 911 operator failed to determine the extent of the assault, although I'm heard on the call telling my attacker to stay away from me as I got into my vehicle to drove to the clinic. As I sought treatment at my clinic in St. Johns County for the multiple injuries I sustained during the assault, I was forcebly removed by the sheriff deputies, no Miranda or access to an attorney, detained by deputies, who refused to look at my phone evidence and video recordings made by the sole witness (my 15 year son). In blatant violation of my civil & constitutional rights, I was taken to Flagler Hospital (the County Hospital), against my will, where I was refused hospitalization, although I had fallen down due to my disability and the broken knee and was wheeled into the ER. Refusal of medical treatment and hospitalization by Flagler & St. Johns deputies resulted in 3 permanent injuries. I was taken to jail, without access to a phone and/or attoreny, on a broken knee, bruised & bleeding kidney, numb & nerve-damaged left shoulder, hearing loss (25%) in left ear, with a concussion, doubled over in pain and no access to any medication or proper medical treatment against Covid-19, arraigned with injuies, on one leg, by Judge Christine from another building, on prejudiced police report (Deputies wrote underoath, in a domestic issue that "I'm a Ranting Arab"), accused of a felony by SA Larizza & Westbrook, levied the maximum bail. The verbal and physical abuse by my guards continued for 2 days and again on Wednesday September 1st, 2021, around 930 am, without cameras or a lawyer present, still no Miranda, I was verbally & physically abused by the 2 detectives assigned to the case. On my way back to my cell, I came across an open office with a female officer, who instructed my guard to provide me a list of bondsmen. Finally, 2 days into this 3rd world jail, with no doctor, no pain medication, no food, drink or sleep, and scared for my life, I was brought the list, and taken to a phone where I made bail. The abuse of my civil rights continues today, on my 4th State Attorney, 5th personal attorney and over $100,000 in fees & expenses, multiple visits to my 5 doctors for my injuries, my case still being pushed until December 20, 2022. For the past 15 months, I have been prevented from going home to retrieve my personal belongings, tools of my trade, medications or access to my 3 boys aged 15, 7 and 5 by corrupt, unqualified DCF employees, and a prejudiced Judge Anthony. My boys have no idea if I'm dead or alive and not receiving proper vaccinations, medical and dental visits (I provide their insurance through Medicaid). My boys are suffering nutritionally, educationally and medically as they're being raised by their mother (8th grade education - minimal English) and grandmother who's illiterate, speaks no English, don't drive, have no parenting or first aid or emergency training (can't even call 911). With the charges on my record with no prosecution, I lost my TSA Pre-Check, more importantly, my nuclear security clearance, am unable to secure a job requiring background check or obtaining life insurance (I'm uninsurable) or benefits. I haven't been able to get a job offer after over 350 applications (since August of 2021) and over 30 successful interviews. More so, JEA offered me a permanent job in early February 2022, only to rescind the offer few days later. I suspect that, with over 30 years of experience in my field, I cannot secure a job offer due to my illegal arrest and incarceration! After receiving pictures from the SA of the scene and one video recoding in August 2022, n August 30, 2021, I was able to construct (did my own detective work) the conspiracy by sheriff deputies, my attacker, DCF employees, ASAs, and St. Johns County judges, to send me to violate and continue my civil and constitutional rights. I have written of my ordeal and injustice, in great details and with evidence, to the FL Governor, DCF Commissioner, FL AG, US AG, various US Attorneys, FBI, FDLE and others as well as filing Civil rights violations online. All I got back from all these emails was bureaucratic blather! I have all the evidence, 911 actual recording, arrest & jail records, hearings recordings, medical & employment records, security clearances, and all the dcoumentations to prevail in Court.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

After the assault on my perosn, I sought treatment for my injuies (brokn knee, bleeding kidney, damaged shoulder, hearing loss & a concussion. However, the Sheriff, forcibly removed me from the clinic lobby, after paying my deductible (Medicare) but before I saw my medical doctor, amplifying my injuries, taken me to jail where more verbal & physical abuse intensified my pain & injuries. I was arraigned in a Covid-infested room with over 50 people, with a weak immune system (Cancer) & no medical treatment, levied with the maximum bail and without access to a phone call to get bailed out until the 2 days later. Not receiving medical treatment for my injuies made them permanent. The actions by the sheriff, jail gurads, detectives, prosecutors and judges was called "criminal" & "unethical" by 4 of my medical doctors including my oncologist.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would respectfully ask the Court to legally & financially punish all involved for Physical & Emotional Injuries - Life-Threatening - Intentional Infliction of Emotional & Financial Distress - Lack of Medical Treatment causing Permanent Injuries - Gross Negligence & Breach of Duty - Punitive & Legal Damages, Compensatory & Consequential Damages

In addition to the physical, psychological, mental, financial and emotional afflictions as a result of the defendants' causation and actions, I have been ruined, physically, professionally & financially.
My forensic economic expert estimates my financial downfall to be between $15 and $25 Mil over the course of my career, in addition to $2-$3 Mil, value of life-insurance protection.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 1st, 2022

Signature of Plaintiff: *(signed)*

Printed Name of Plaintiff: Camille A Abboud

### B. For Attorneys

Date of signing: N/A

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

City    State    Zip Code

Telephone Number:
E-mail Address: